UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NUTRIEN AG SOLUTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:24-cv-01110-SEP |
| | ) | |
| DOUGLAS LIENEKE, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Before the Court is Plaintiff's Motion for Default Judgment, Doc. [7]. For the reasons set forth below, the Court orders Plaintiff to supplement its request for damages.

The following facts, taken as true, are alleged in the Complaint. On or before December 12, 2021, Plaintiff entered into an agreement with Defendant Douglas Lieneke "to supply agricultural materials and services for farming operations on credit." Doc. [1] ¶ 6. Plaintiff provided "Defendant credit for all payments and other credits due on [his] account and the balance remaining due on said account, including interest and service charges, is in the amount [$83,859.53] . . . ." *Id*. ¶ 11. Despite Plaintiff's demands, Defendant has failed to pay the balance on the account. *Id*. ¶ 17.

Plaintiff filed this action on August 13, 2024, bringing claims for action on account and unjust enrichment. Plaintiff seeks actual damages in the amount of $83,859.53, "plus interest as specified by the account or allowed by statute, for its attorneys' fees and costs of suit, and for such other and further relief as this Court deems just and proper." Doc. [1] ¶¶ 13, 18. The record reflects service of summons upon Defendant on August 22, 2024. Doc. [4]. Defendant failed to file an answer or other responsive pleading within the time required by Federal Rule Civil Procedure 12. Plaintiff moved for Entry of Clerk's Default, which was granted. Doc. [6]. Shortly thereafter, Plaintiff filed a Motion for Default Judgment. Doc. [7]. Defendant has not responded to the entry of default or the Motion for Default Judgment.

In support of its request for damages, Plaintiff submits the following: (1) Credit Application signed by Defendant, Doc. [8]; (2) Affidavit of Douglas Stipich, a credit collections analyst of Nutrien Ag Solutions, Doc. [7-1] at 1; (3) Invoices dated February 28, 2023, through July 17, 2023, *id*. at 2-9; and (4) A/R Ledger detailing finance charges on the account, showing

the total amount owed as of August 9, 2024, *id*. at 10. Upon review of the submissions, the Court orders Plaintiff to supplement its request with the following:

1. Invoice # 50605462

2. Explanation of how the following amounts in the A/R ledger were calculated:
   - NF1023_3 | $50.86
   - NF1123_2 | $50.86
   - FC1123_1 | $1,199.50
   - FC1123_1 | $1,679.05
   - FC0124_1 | $1,679.05
   - FC0224_1 | $1,679.05
   - FC0324_1 | $1,706.57
   - FC0424_1 | $1,651.52

3. If applicable, the amount of attorneys' fees requested and any documentation in support of such request.[1]

4. Clarification of its request for interest. *Compare* Doc. [7] ("Plaintiff prays that this Court enter a Judgment of Default in favor of Plaintiff and against Defendant Douglas Lieneke in the amount of Eighty-Three Thousand Eight Hundred Fifty-Nine and Fifty-Three Cents ($83,859.53), *interest at the statutory amount from the date of judgment*, and other and further relief the Court deems proper in the circumstances." (emphasis added)), *with* Doc. [1] ¶¶ 13, 18 ("Plaintiff prays the Court enter judgment in its favor and against Defendant Andrew Pierce for actual damages on Account No. 1917369 in the amount of Eighty-Three Thousand Eight Hundred Fifty-Nine and Fifty-Three Cents ($83,859.53), *plus interest as specified by the account or allowed by statute*, for its attorneys' fees and costs of suit, and for such other and further relief as this Court deems just and proper." (emphasis added)).

**IT IS HEREBY ORDERED** that Plaintiff must supplement its request for damages as outlined herein **no later than Friday, June 13, 2025**.

Dated this 29th day of May, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE

---

[1] Whether Plaintiff seeks attorneys' fees is unclear. *Compare* Doc. [7] ("Plaintiff prays that this Court enter a Judgment . . . in the amount of [$83,859.53], interest at the statutory amount from the date of judgment, and other and further relief the Court deems proper in the circumstances."), *with* Doc. [1] ¶¶ 13, 18 ("Plaintiff prays the Court enter judgment . . . in the amount of [$83,859.53], plus interest as specified by the account or allowed by statute, *for its attorneys' fees* and costs of suit, and for such other and further relief as this Court deems just and proper." (emphasis added)).